No. 79–5462. KAUFMAN *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 79–585. DOUBLEDAY & CO., INC. *v.* BINDRIM, *ante,* p. 984. Petition for rehearing denied.

JANUARY 17, 1980

No. 79–438. GALLAGHER ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 60.

JANUARY 21, 1980

No. 79–606. LUMBER, PRODUCTION & INDUSTRIAL WORKERS LOCAL 2362 *v.* WONDZELL ET AL. Appeal from Sup. Ct. Alaska dismissed for want of substantial federal question. MR. JUSTICE WHITE and MR. JUSTICE REHNQUIST would note probable jurisdiction and set case for oral argument.

No. 79–776. KOKER ET UX. *v.* SAGE ET AL. Appeal from Ct. App. Wash. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–834. AUTOMOBILE DRIVERS & DEMONSTRATORS UNION LOCAL No. 882 ET AL. *v.* DEPARTMENT OF RETIREMENT SYSTEMS OF WASHINGTON. Appeal from Sup. Ct. Wash. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.